```
 1  ALAN R. BRAYTON, ESQ., S.B. #73685
    DAVID R. DONADIO, ESQ., S.B. #154436
 2  Email: DDonadio@braytonlaw.com
    BRAYTON❖PURCELL LLP
 3  Attorneys at Law
    222 Rush Landing Road
 4  P.O. Box 6169
    Novato, California 94948-6169
 5  (415) 898-1555
    (415) 898-1247 (Facsimile)
 6
    Attorneys for Plaintiff
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDNEY WALKER, | Case No. 3:09-cv-04606-CRB |
| Plaintiff, | **DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITHOUT PREJUDICE; ORDER** |
| vs. | |
| GENERAL ELECTRIC COMPANY, et al., | |
| Defendants. | |

The parties request this Court dismiss defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) from this action without prejudice. Each party to bear its own fees and costs.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: July 29, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio<br>DAVID R. DONADIO, ESQ., S.B. #154436<br>Email: DDonadio@braytonlaw.com |
| 6 | | Tel: (415) 898-1555<br>Fax: (415)898-1247 |
| 7 | | Attorneys for Plaintiff |
| 8 | | |
| 9 | | |
| 10 | Dated: Aug. 29, 2013 | BRYDON HUGO & PARKER |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | By: _____ for _____<br>SHELLEY K. TINKOFF, ESQ. S.B. #187498 |
| 15 | | Attorneys for Defendant<br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) |
| 16 | | |
| 17 | | |
| 18 | Dated: Sept. 3, 2013 | SO ORDERED: |
| 19 | | |
| 20 | | |
| 21 | | *IT IS SO ORDERED* [signature] *Judge Charles R. Breyer* |
| 22 | | |
| 23 | | United States District Judge |

2
DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITHOUT PREJUDICE; ORDER