ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON✣PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDNEY WALKER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:09-cv-04606-CRB<br><br>**DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITHOUT PREJUDICE; ORDER** |

　　　　The parties request this Court dismiss defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) from this action without prejudice. Each party to bear its own fees and costs.

///

///

///

1
DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITHOUT PREJUDICE; ORDER

```
Dated: July 29, 2013                     BRAYTON❖PURCELL LLP


                                         By: s/ David R. Donadio
                                         DAVID R. DONADIO, ESQ., S.B. #154436
                                         Email: DDonadio@braytonlaw.com
                                         Tel: (415) 898-1555
                                         Fax: (415) 898-1247
                                         Attorneys for Plaintiff


Dated: Aug. 29, 2013                     BRYDON HUGO & PARKER




                                         By: _____ for
                                         SHELLEY K. TINKOFF, ESQ. S.B. #187498
                                         Attorneys for Defendant
                                         FOSTER WHEELER LLC (FKA FOSTER
                                         WHEELER CORPORATION)


Dated: Sept. 3, 2013                     SO ORDERED:


                                         [IT IS SO ORDERED — Judge Charles R. Breyer]
                                         _____
                                         United States District Judge
```

2
DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITHOUT PREJUDICE; ORDER