**BRAYTON◇PURCELL LLP**
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY WALKER,<br><br>                Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br>et al.,<br><br>                Defendants.<br>_____ | No. 3:09-cv-04606-CRB<br><br>**ORDER GRANTING PARTIES'<br>DISMISSAL WITH PREJUDICE OF<br>DEFENDANT FOSTER WHEELER<br>LLC *fka* FOSTER WHEELER<br>CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant

FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION are hereby dismissed with

prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 18, 2014             By: _____

Charles R. Breyer
United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer

1

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT FOSTER WHEELER
LLC *fka* FOSTER WHEELER CORPORATION